UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/06

------------------------------------ X

NCR CORPORATION,

        Plaintiff,

vs.

AVON PRODUCTS, INC.,

        Defendant.

------------------------------------ X

Case No. 05 CV 8982 (SHS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff NCR Corporation and Defendant Avon Products, Inc., that the above-captioned action is dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees.

05 Civ 8982 (SHS)

SO STIPULATED AND AGREED:

| | |
|---|---|
| Dated: New York, New York<br>January 3, 2006 | Dated: New York, New York<br>January 3, 2006 |
| NCR CORPORATION | AVON PRODUCTS, INC. |
| By its attorneys, | By its attorneys, |

Paul R. Gupta (PG 3139)
Clifford R. Michel (CM 9135)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Tel: 212-506-2000
Fax: 212-262-1910
pgupta@mayerbrownrowe.com
cmichel@mayerbrownrowe.com

Ira Levy (IL 2632)
Benjamin Hershkowitz (BH 7256)
Mark I. Koffsky (MK 9339)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-813-8800
Fax: 212-355-3333
ilevy@goodwinprocter.com
bhershkowitz@goodwinprocter.com
mkoffsky@goodwinprocter.com

SO ORDERED: 1/6/06

Sidney H. Stein, U.S.D.J.

LIBNY/4487948.1